AO 248 (Rev. 08/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 19-CR-4585-JLS |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| FAUSTO GIL-MORENO | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission[1],

IT IS ORDERED that the motion is:

☒ GRANTED

☐ The defendant's previously imposed sentence of imprisonment of          is reduced to

. If this sentence is less than the amount of time the defendant already served, the sentence is reduced to a time served; or

☒ The defendant's previously imposed sentence of imprisonment of 37 months is reduced to time served.

If the defendant's sentence is reduced to time served:

[Neither option appears to be applicable. Defendant is not a U.S. Citizen and has a pending immigration detainer. Presentence Report, ECF No. 25.]

---

[1] Although the Ninth Circuit has determined that the Sentencing Commission policy statement is not applicable to motions filed by a defendant under the recently amended § 3582(c)(1)(A), the court recognized that it may inform a district court's discretion. *United States v. Aruda,* 993 F.3d 797 (9th Cir. 2021).

☐      This order is stayed for up to fourteen days, for the verification of the

defendant's residence and/or establishment of a release plan, to make

appropriate travel arrangements, and to ensure the defendant's safe

release. The defendant shall be released as soon as a residence is verified,

a release plan is established, appropriate travel arrangements are made,

and it is safe for the defendant to travel. There shall be no delay in

ensuring travel arrangements are made. If more than fourteen days are

needed to make appropriate travel arrangements and ensure the

defendant's safe release, the parties shall immediately notify the court and

show cause why the stay should be extended; or

☐      There being a verified residence and an appropriate release plan in place,

this order is stayed for up to fourteen days to make appropriate travel

arrangements and to ensure the defendant's safe release. The defendant

shall be released as soon as appropriate travel arrangements are made and

it is safe for the defendant to travel.  There shall be no delay in ensuring

travel arrangements are made. If more than fourteen days are needed to

make appropriate travel arrangements and ensure the defendant's safe

release, then the parties shall immediately notify the court and show cause

why the stay should be extended.

☐ The defendant must provide the complete address where the defendant will reside

upon release to the probation office in the district where they will be released because it

was not included in the motion for sentence reduction.

2

☐ Under 18 U.S.C. § 3582(c)(1)(A), the defendant is ordered to serve a "special term" of ☐ probation or ☐ supervised release of          months (not to exceed the unserved portion of the original term of imprisonment).

> ☐ The defendant's previously imposed conditions of supervised release apply to the "special term" of supervision; or

> ☐ The conditions of the "special term" of supervision are as follows:



☒ The defendant's previously imposed conditions of supervised release are unchanged.

☐ The defendant's previously imposed conditions of supervised release are modified as follows:


☐ DEFERRED pending supplemental briefing and/or a hearing.  The court DIRECTS the United States Attorney to file a response on or before         , along with all Bureau of Prisons records (medical, institutional, administrative) relevant to this motion.

☐ DENIED after complete review of the motion on the merits.

> ☐ FACTORS CONSIDERED (Optional)


/ / /

/ / /

/ / /

3

☐ DENIED WITHOUT PREJUDICE because the defendant has not exhausted all administrative remedies as required in 18 U.S.C. § 3582(c)(1)(A), nor have 30 days lapsed since receipt of the defendant's request by the warden of the defendant's facility.

IT IS SO ORDERED.

Dated:  June 17, 2021

Hon. Janis L. Sammartino
United States District Judge

4